The Law Office Of John F. Olsen, LLC
John F. Olsen
105 Grove Street, Suite 6
Montclair, NJ 07042 Montclair, New Jersey 07043
t. (973) 932-0474

*Attorneys for Plaintiff TET Systems GmbH & Co. KG*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TET SYSTEMS GMBH & CO. KG,<br><br>         Plaintiff,<br><br>         -v-<br><br>VECTOR BUILDER, INC. and AUSTIN JELCICK,<br><br>         Defendants. | Civil Action No.  2:19-cv-9375<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

The undersigned counsel for plaintiff TET SYSTEMS GMBH & CO. KG certifies that this Party is a non-governmental corporate party.  This Party is not publicly held and is wholly owned by TET Systems Verwaltungs GmbH, which is also not publicly held.

Dated:  April 8, 2019                    Respectfully submitted,


By:   */s/ John F. Olsen*
         John F. Olsen

         THE LAW OFFICE OF JOHN F. OLSEN, LLC
         105 Grove Street, Suite 6
         Montclair, NJ 07042
         Telephone:  (973) 932-0474

         Attorneys for Plaintiff TET Systems GmbH & Co. KG